# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| G56 | 9051263 | Russell | 2976 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 04/14/2026 | 1-218(b)(29) |

Place of Offense: 1 Freedom Way Augusta, GA 30904

Offense Description: Factual Basis for Charge    HAZMAT ☐

Parking in spaces posted as reserved. (Bell Lot)

### DEFENDANT INFORMATION

Last Name: Brennan    First Name: Evelyn

Street Address: ███████████

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| BAL 7075 | GA | 09 | Audi Q5 | Blue |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☐ If Box A is checked, you must appear in court. See instructions. | B ☑ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ 50.00 Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov → $ 80.00 Total Collateral Due

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 600 James Brown Blvd. Augusta, GA

Date: 06/29/26
Time: 0830

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X **Refused to Sign**

Defendant Signature

Original - CVB Copy

*9051263*

---

I state that on 04/14/2026 while exercising my duties as a law enforcement officer in the Southern District of Georgia

See Attached

The foregoing statement is based upon:

☑ my personal observation    ☐ my personal investigation

☐ Information supplied to me from my fellow officer's observation.

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/14/2026    [Officer's Signature]
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial driver license; CMV = Commercial vehicle involved in incident